**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1558

NATHANIEL M. COSTLEY, SR.,

Plaintiff - Appellant,

v.

ERIC K. SHINSEKI, U.S. Department of Veterans Affairs; LISA
DOYLE; MELISSA STARINSKY, Academy; HAROLD MCALDUFF, Price
Waterhouse Cooper; DANIEL JACOBS, The Federal Marketing Group,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    James K. Bredar, District Judge.
(1:10-cv-03122-JKB)

Submitted:  October 13, 2011        Decided:  October 17, 2011

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathaniel M. Costley, Sr., Appellant Pro Se.   Joseph Ronald
Baldwin, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore,
Maryland; Amy Bess, VEDDER PRICE, PC, Washington, D.C.; Geoffrey
P. Gitner, LAW OFFICES OF GEOFFREY P. GITNER, Washington, D.C.,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel M. Costley, Sr., appeals the district court's orders granting judgment in favor of Defendants in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Costley v. Shinseki, No. 1:10-cv-03122-JKB (D. Md. Feb. 7 & May 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED